**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 08-CV-61018-UNGARO/SIMONTON

D.W. HUGO, Derivatively on behalf of
Nominal Defendant BANKATLANTIC
BANCORP, INC.,

      Plaintiff,

v.

ALAN B. LEVAN, JARETT S. LEVAN,
JAY C. MCCLUNG, MARCIA K. SNYDER,
VALERIE TOALSON, JAMES A. WHITE,
JOHN E. ABDO, D. KEITH COBB, STEVEN
M. COLDREN and DAVID A. LIEBERMAN,

      Defendants,

and

BANKATLANTIC BANCORP, INC.,

      Nominal Defendant.
_____/

**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE JOINT**
**SCHEDULING REPORT AND TO RESPOND TO THE COMPLAINT**

THIS CAUSE came before the Court upon the parties' Joint Motion for Extension of

Time to File Joint Scheduling Report and to Respond to the Complaint, filed on August 20, 2008

(D.E. 12.)   The matter is ripe for disposition.

THIS COURT has reviewed the file and the pertinent portions of the record, and being

otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Extension of Time to File Joint

Scheduling Report and to Respond to the Complaint is GRANTED. It is further

ORDERED AND ADJUDGED that the parties shall file a Joint Scheduling Report on or

before **Wednesday, August 27, 2008.** It is further

ORDERED AND ADJUDGED that Nominal Defendant BankAtlantic Bancorp, Inc. shall

respond to the Complaint on or before **Friday, September 5, 2008.**

DONE AND ORDERED IN Chambers at Miami, Florida, this 25th day of August , 2008.


_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE



Copies provided:
Magistrate Judge Simonton
counsel of record