UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-61018-UNGARO/SIMONTON

D.W. HUGO, Derivatively on behalf of
Nominal Defendant BANKATLANTIC
BANCORP, INC.,

    Plaintiff,

v.

ALAN B. LEVAN, JARETT S. LEVAN,
JAY C. MCCLUNG, MARCIA K. SNYDER,
VALERIE TOALSON, JAMES A. WHITE,
JOHN E. ABDO, D. KEITH COBB, STEVEN
M. COLDREN and DAVID A. LIEBERMAN,

    Defendants,

and

BANKATLANTIC BANCORP, INC.,

    Nominal Defendant.
_____/

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE

THIS CAUSE is before the Court upon the Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings, filed on behalf of Bradley E. Beckworth, on September 22, 2008 (D.E. 26).

THE COURT has considered the Motion and the pertinent portions of the record and is otherwise fully advised in the premises.  Accordingly, it is

ORDERED AND ADJUDGED that said Motion (D.E. 26) is GRANTED.   Bradley E.

Beckworth, may appear and participate in this action on behalf of Plaintiff.  The Clerk shall provide electronic notification of all electronic filings to Bradley E. Beckworth at bbeckworth@nixlawfirm.com and Ivana Blassingame at ivanab@nixlawfirm.com.

     DONE AND ORDERED in Chambers at Miami, Florida, this 23d day of September, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record