UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-61018-UNGARO/SIMONTON

D.W. HUGO, Derivatively on behalf of
Nominal Defendant BANKATLANTIC
BANCORP, INC.,

      Plaintiff,

v.

ALAN B. LEVAN, JARETT S. LEVAN,
JAY C. MCCLUNG, MARCIA K. SNYDER,
VALERIE TOALSON, JAMES A. WHITE,
JOHN E. ABDO, D. KEITH COBB, STEVEN
M. COLDREN and DAVID A. LIEBERMAN,

      Defendants,

and

BANKATLANTIC BANCORP, INC.,

      Nominal Defendant.

_____/

**NOTICE OF SETTLEMENT SUBJECT TO
NOTICE TO SHAREHOLDERS AND APPROVAL OF THE COURT**

Nominal Defendant BankAtlantic Bancorp, Inc. and individual Defendants Alan B. Levan,

Jarett S. Levan, Jay C. McClung, Marcia K. Snyder, Valerie Toalson, James A. White, John E.

Abdo, D. Keith Cobb, Steven M. Coldren and David A. Lieberman, pursuant to S.D. Fla. Local Rule

16.2.F and the Court's September 15, 2008 Order of Referral to Mediation, hereby notify the Court

that this case has settled. Pursuant to Rule 23.1, the settlement is subject to the Court's approval of

a notice to the shareholders, the giving of notice to shareholders and approval of the settlement by

the Court.  The settlement provides for an exchange of mutual releases and a dismissal with

prejudice of all claims against all Defendants.  There is no additional consideration, monetary or

otherwise, for the settlement.  The parties will file a settlement agreement, a motion for approval of

the form of notice to the shareholders, and a motion to approve the settlement in accordance with

Rule 23.1.

Respectfully Submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.
Museum Tower, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:  (305) 789-3200
Facsimile:   (305) 789-3395

s/ Eugene E. Stearns
EUGENE E. STEARNS
Florida Bar No. 149335
estearns@swmwas.com
RICHARD JACKSON
Florida Bar No. 898910
rjackson@swmwas.com
ADAM M. SCHACHTER
Florida Bar No. 647101
aschachter@swmwas.com
GORDON M. MEAD, JR.
Florida Bar No. 49896
gmead@swmwas.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2009 I electronically filed the foregoing document with the

Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this

day on all counsel of record identified on the attached Service List via transmission of Notices of

Electronic Filing generated by CM/ECF or other approved means.


s/ Adam M. Schachter
ADAM M. SCHACHTER

## SERVICE LIST

*D. W. Hugo v. Alan B. Levan, et al.*
CASE NO. 08-CV-61018-UNGARO
United States District Court for the Southern District of Florida

James P. Gitkin
Eric T. Salpeter
SALPETER GITKIN, LLP
Museum Plaza - Suite 503
200 South Andrews Avenue
Fort Lauderdale, FL 33301
Tel: (954) 467-8622
Fax: (954) 467-8623
*Attorneys for Plaintiff*

Jeffrey J. Angelovich
NIX, PATTERSON & ROACH, LLP
3600 B. North Capital of Texas Highway
Suite 350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5335
*Attorneys for Plaintiff*

Bradley E. Beckworth
Susan Whatley
Brad Seidel
NIX, PATTERSON & ROACH, LLP
205 Linda Drive, PO Box 769
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-5389
*Attorneys for Plaintiff*

John C. Goodson
Matt Keil
KEIL GOODSON, P.A.
406 Walnut Street
PO Box 618
Texarkana, AR 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
*Attorneys for Plaintiff*

Jason E. Roselius
Douglas A. Terry
Derrick L. Morton
Guy R. Wood
NELSON, ROSELIUS, TERRY O'HARA & MORTON
PO Box 138800
Oklahoma City, Oklahoma 73113
Tel: (405) 705-3600
Fax: (405) 705-2573
*Attorneys for Plaintiff*