UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-CV-61018-UNGARO/SIMONTON

D.W. HUGO, Derivatively on behalf of
Nominal Defendant BANKATLANTIC
BANCORP, INC.,
    Plaintiff,

v.

ALAN B. LEVAN, JARETT S. LEVAN,
JAY C. MCCLUNG, MARCIA K. SNYDER,
VALERIE TOALSON, JAMES A. WHITE,
JOHN E. ABDO, D. KEITH COBB, STEVEN
M. COLDREN and DAVID A. LIEBERMAN,

    Defendants,

and

BANKATLANTIC BANCORP, INC.,
    Nominal Defendant.
_____/

## ORDER TO SHOW CAUSE

THIS CAUSE is before the Court *sua sponte*.

THE COURT has considered the pertinent portions of the record and is otherwise fully advised in the premises. On August 24, 2009, the parties filed their Joint Motion for Preliminary Approval of Settlement (D.E. 71), wherein they propose to publish notice of the proposed settlement (i) in a press release for the Business Wire or similar service, (ii) on the BankAtlantic Bancorp's website, and (iii) on a Form 8-K with the United States Securities and Exchange Commission. It is hereby

ORDERED AND ADJUDGED that the parties SHALL show case in writing on or before **Monday, September 21, 2009,** why they do not propose to publish notice in a national publication and mail notice to all BankAtlantic Bancorp, Inc. shareholders. Further, the parties

SHALL provide the Court with a copy of the proposed "press release" that they propose to publish in the Business Wire or similar service.

DONE AND ORDERED in Chambers, Miami, Florida, this 16 day of September, 2009.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record