UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61018-CIV-UNGARO/SIMONTON

D.W. HUGO, Derivatively on behalf of
Nominal Defendant BANKATLANTIC
BANCORP, INC.,

    Plaintiff,

v.

ALAN B. LEVAN, JARETT S. LEVAN,
JAY C. MCCLUNG, MARCIA K. SNYDER,
VALERIE TOALSON, JAMES A. WHITE,
JOHN E. ABDO, D. KEITH COBB, STEVEN
M. COLDREN and DAVID A. LIEBERMAN,

    Defendants,

and

BANKATLANTIC BANCORP, INC.,

    Nominal Defendant.
_____/

**DECLARATION OF ADAM M. SCHACHTER**

I, Adam M. Schachter, declare as follows:

1.    I am a shareholder with the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A., counsel for Defendants and Nominal Defendant in this action. My office is located in Miami, Florida.

2.    This Declaration is based on my personal knowledge.

3.    This Court's September 30, 2009 Preliminary Approval Order (DE 80) provided that Defendants shall serve on Plaintiff's Counsel and file with the Court proof, by affidavit or

declaration, of the publication of the approved Notice of Proposed Settlement of Derivative Action ("Notice") in a press release for the Business Wire or similar service, the publication of the Notice in a national financial newspaper, the posting of the Notice on BankAtlantic Bancorp's website, and the filing of the Notice on a Form 8-K with the United States Securities and Exchange Commission.

4.   On October 9, 2009, the Notice was published in a Press Release for the Business Wire. A true and correct copy of the Press Release is attached as Exhibit A.

5.   On October 9, 2009, the Notice was published in The Wall Street Journal. A true and correct copy of the published Notice and the Affidavit of Circulation are attached as composite Exhibit B.

6.   Since October 9, 2009, the Notice and the corresponding Stipulation of Settlement have been posted on the BankAtlantic Bancorp website.

7.   On October 9, 2009, the Notice was filed on a Form 8-K with the United States Securities and Exchange Commission. A true and correct copy of the Form 8-K is attached as Exhibit C.

I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Executed this __6__ day of November 2009.

_____
ADAM M. SCHACHTER

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 6, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List via transmission of Notices of Electronic Filing generated by CM/ECF or other approved means.

s/ Adam M. Schachter
ADAM M. SCHACHTER

## SERVICE LIST

*D. W. Hugo v. Alan B. Levan, et al.*
CASE NO. 08-61018-CIV-UNGARO
United States District Court for the Southern District of Florida

James P. Gitkin
Eric T. Salpeter
SALPETER GITKIN, LLP
Museum Plaza - Suite 503
200 South Andrews Avenue
Fort Lauderdale, FL 33301
Tel: (954) 467-8622
Fax: (954) 467-8623
*Attorneys for Plaintiff*

Jeffrey J. Angelovich
NIX, PATTERSON & ROACH, LLP
3600 B. North Capital of Texas Highway
Suite 350
Austin, TX 78746
Tel: (512) 328-5333
Fax: (512) 328-5335
*Attorneys for Plaintiff*

Bradley E. Beckworth
Susan Whatley
Brad Seidel
NIX, PATTERSON & ROACH, LLP
205 Linda Drive, PO Box 769
Daingerfield, TX 75638
Tel: (903) 645-7333
Fax: (903) 645-5389
*Attorneys for Plaintiff*

John C. Goodson
KEIL GOODSON, P.A.
406 Walnut Street
PO Box 618
Texarkana, AR 71854
Tel: (870) 772-4113
Fax: (870) 773-2967
*Attorneys for Plaintiff*